No. 04–8469.   BISHOP *v.* PORTER ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 04–8470.   BUTLER *v.* MBNA TECHNOLOGY, INC.   C. A. 5th Cir.   Certiorari denied.

No. 04–8471.   APPLEWHITE *v.* MICHIGAN.   Ct. App. Mich. Certiorari denied.

No. 04–8473.   BARNES *v.* ZON, SUPERINTENDENT, WENDE CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 04–8475.   KELLEY *v.* WILKINSON, DIRECTOR, OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 04–8477.   MORALES *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 04–8480.   ALLEN *v.* VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 04–8484.   BROWN *v.* GIURBINO, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 04–8485.   WILLIAMS *v.* JONES, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 04–8486.   WALLACE *v.* YWCA OF CHEMUNG COUNTY ET AL.   App. Div., Sup. Ct. N. Y., 3d Jud. Dept.   Certiorari denied.

No. 04–8493.   WILLIAMS *v.* FINN, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 04–8494.   PAGNOTTI *v.* FLORIDA.   Dist. Ct. App. Fla., 4th Dist.   Certiorari denied.

No. 04–8497.·   DELEON *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 04–8498.   CARY *v.* SUPREME COURT OF VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 04–8499.   DANIEL *v.* STABLER ET AL.   C. A. 6th Cir.   Certiorari denied.